Roscoe **BARGANIER**

**v.**

**STATE**

**CR-13-1938**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**EX PARTE Bobby Lee BANKS**

**CR-13-1939**

Court of Criminal Appeals of Alabama.

02/04/2015

Petition for writ of prohibition dismissed

**EX PARTE Bobby Lee BANKS**

**CR-13-1940**

Court of Criminal Appeals of Alabama.

01/07/2015

Reh. denied

**EX PARTE Nathaniel SHAW**

**CR-13-1941**

Court of Criminal Appeals of Alabama.

01/09/2015

Mand. pet. denied

**EX PARTE Ricky Leo DAVIS**

**CR-13-1945**

Court of Criminal Appeals of Alabama.

02/04/2015

Mand. pet. dismissed

Phillip Lewis **CHANCE**

**v.**

**STATE**

**CR-13-1948**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

